# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOTA SEMICONDUCTOR LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>ACER AMERICA CORP. , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:14−cv−01688<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   10/17/2014          \_\_\_\_         \_\_\_\_

Date Filed        Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Only those cases meeting the requirements of the Court's Attorney Case−Opening Pilot Project may be opened electronically. You have attempted to open this case electronically but have failed to successfully upload the required PDF version of your initiating document. The Clerk therefore cannot determine if this case qualifies as part of the Attorney Case−Opening Pilot Project. If the case does qualify as part of the Attorney Case−Opening Pilot Project, you must file the initiating document within two business days of this notice or the docket for this case number will be closed and no further filings will be permitted under this case number. If this case does not meet the requirements of the Attorney Case−Opening Pilot Project, you must file the case manually, pursuant to Local Rule 3−2, and a new case number will be assigned.

A Complaint was submitted without payment of the full $400 filing fee. Within two business days of this notice, counsel must pay the filing fee or file a Request to Proceed in Forma Pauperis; otherwise, the docket for this case number will be closed and no further filings will be permitted under this case number. The filing fee must be paid online by docketing the event "Filing Fee for Civil Case."

*Other Error(s):*

                                                Clerk, U.S. District Court

Dated: October 20, 2014                By: _/s/ *Lori Wagers*_
                                                    Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –